# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-19-00114-CR
NO. 03-19-00115-CR
NO. 03-19-00116-CR

**Gary A. Dunn, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT NOS. 64750, 75669 & 75670, HONORABLE JOHN GAUNTT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In the above causes, appellant Gary A. Dunn has filed notices of appeal from three judgments of conviction for the felony offense of driving while intoxicated, one from 2010 and two from 2016. In all three causes, the district court has certified that these are plea-bargain cases, the defendant has no right of appeal, and the defendant has waived the right of appeal. Additionally, all three notices of appeal are untimely. Dunn was convicted on April 22, 2010, in trial court cause number 64750, and on October 20, 2016, in trial court cause numbers 75669 and 75670. His notices of appeal in all three causes were filed on February 25, 2019, well beyond the deadline for filing a notice of appeal. *See* Tex. R. App. P. 26.2(a) (providing that notice of appeal must be filed within 30 days after day sentence is imposed or suspended in open court, or within 90 days if motion for new trial is timely filed). Under these circumstances, we have no choice but to dismiss these

appeals for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d), 26.2(a); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); *Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519 (Tex. Crim. App. 1996).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed for Want of Jurisdiction

Filed:   March 26, 2019

Do Not Publish